# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

CHRISTOPHER GASKIN    §   COMPLAINT    (8/8/13)
    Pro se PLAINTIFF       §   Jury Trial DEMANDED.
          V.           §   All PARTIES ARE BEING SUED IN
A. DOCTOR CASTRO     §   THEIR Individual AND OFFICIAL JOB
B. DOCTOR Ruiz        §   CAPACITIES, All PARTIES °° ACTED Under
C. DOCTOR Farinella    §   Color OF STATE LAW.°°

## Preliminary STATEMENT OF Facts

I. This IS AN Action Authorized By 42 U.S.C. sec. 1983, Brought by A STATE
Prisoner For MONETARY Damages, DECLARATORY and INJUNCTIVE ReliefS,
To Redress The Deprivation OF his CONSTITUTIONAL AND CIVIL RIghts GUA-
Runteed and Secured, Under The UNITED STATES CONSTITUTION as well as
STATE OF CONNECTICUT Constitutions, Being A LIFELONG CITIZEN and
Resident. The ComplaINTANT Alleges, That he has Been Denied and Depriv-
ed other usages, STATUES, PriviLeges, Immunities, AND Regulation OF RIghts Bes-
Towed upon Him guarunteed by The U.S. CONSTITUTION, STATE OF CONN. Con-
STITUTION, And LAWS OF The U.S., And STATE OF CONN., IN Clear VIOLATION OF
his VIII (8th) AmENDMENT To The U.S. Constitution, And STATE OF CONN. CONSTIT-
UTION, SUBJecting HIM TO °° CRuel AND UNusual Punishment.°° The COMPLAI-
NTANT ALSO Alleges That had he NOT BEEN AFrican AMErican MINORITY DESCENT,
He Would NOT Have Been SubJected To such iLL TREATMENT, disregard FOR his
SafeTy, WellBEINg, rights Bestowed upon Him, And AFForoled °° Equal PROTEC-
TION.°° IN Clear Violation of his XIV (4th) AMENDMENT To The U.S. Constitution
AND STATE OF CONN. CONSTITUTION. The COMPLAINTANT ALSO Believes That had
he NOT BEEN AFrican American MINORITY Descent, He Would NOT hav-
denied proper Medical Treatment, ANALysis, evaluations, Follow-up's

AGNOSIS, And would have been sent out of the facilities, to either an EMERGENCY ROOM, or UCONN Medical., of whom is CONTRACTED by and through the STATE OF CONN DEPT. OF CORRECTIONS. There are MANY SiMiLARLY SiTUATED Caucasian-American prisoners, such as ① THOMAS MCARTHUR ② VANT Schryver, whom are Routinely sen of the facility which the plaintiff has witnessed, for Various Medical Reasons of which The Pro-se PLAINTIFF is Neither QUALIFIED, Versed in, NOR is he Privileged to discuss such issues protected by "The MEDICAL Privacy Act". Yet, in an effort to satisfy the 2nd PART OF the clause in Racial Disparity, The COMPLAINTANT cites "Thomas McARTHUR" & "VANT Schryver", who BOTH are SiMiLARLY SiTUATED Caucasian prisoners, of whom this HONORABLE COURT May Later call to ASCERTAIN all FACTUAL Basis: "AND" "To the Full Benefit EQUAL OF All Laws And proceedings, For the SECURITY of persons and property as is ENJOYED by white CiTiZENS" To Full Extent that the DEFENDANTS are Prison Employees, And they Acted UNDER COLOR OF STATE LAW, while Abusing the Power(s) given them by STATE LAW. This Conduct directly Causing the COMPLAINTANTS SUFFERING, And the Medical CONDITIONS, And INJURIES to MUTATE and WORSEN. The PLAINTIFF NOW SUFFERS From KiDNEY FAILURE, LIVER FAILURE, MORBID OBESITY, BLOODY URINE, Protein in Urine, Severe STOMACH Pains (POSSIBLY ULCER), Coughing up BLOODY Mucus, Dark Brown Colored MUCUS, Possible Leg Blood cLOTS, Very severe head PAINS (Of which DEFENDANT FARINELLA prescribed a powerful Narco TiC) MiGRAINS, Headswelling, NECK Tenderness, Facial Swelling, dizzy spells, FAINTING severe FluCTUATION OF Blood sugars (Defendant Farinella took Plaintiff off of his Insulin Sliding scale w/2 Forms OF INJECTABLE Insulin, IN CONCERT WiTH AN ORAL PiLL TWICE a day which To Effectively Neutralize the PLAINTIFFS BLOOD sugars Being a Severe diabetic, WiTHOUT EVER MEETING OR TALKING TO PLAINTIFF Thus, by and Through the Abusiveness OF Power(s) by the Defendants, the PLAINTIFFS CONDITIONS Have MULTIPLIED, MUTATED, AND WORSEN, LEAVING The PLAINTIFF IN A Life Threatening POSITION, HEighten by the Fact that the PLAINTIFF Has

High Blood pressure And Takes orally 5 pills daily simply For said Reasoning. Also With A Family History of Both Diabetes And High Blood pressure, which also Caused The Death (untimely) of A Sibling. This is Information Readily Available To The Defendants in The Plaintiffs Medical Charts. Thus The Severe pain, Discomfort, And Disfigurement That The plaintiff Now And has Been enduring due To The illegal Conduct Committed by These prison Officials/Employees Abusing Their power of which They possess by virtue of State Law And made possible, only because The Defendants Are Clothed With The Authority of State Law, attests Directly To The violations of Constitution brought Forth by The African-American Pro-se Plaintiff. Futhermore, The Connecticut Department of Corrections has A Governing Set of policies, procedures, And protocols Entitled "Administrative Directs." These Directives Are Applicable To Employee (2.17) and prisoner Alike (see 2.17 Employee Conduct) The Directive 2.17 Sets Forth The Very Necessary Behaviorisms Mandatory of All (D.O.C.) Department of Corrections Employee's. Said Directive Goes Further To detail The Necessity of Each D.O.C Employee Being Knowledgable of Any/All State And Constitutional Laws As Well As U.S. Constitutional Amendments, Laws, etc., Thus by Nature of The Very Nature of The policies, protocols, and procedures, governing The Job Titles And Description of The Defendants, ELIMINATING Any Forms of Immunity, as well as Holding The Defendants Responsible For Their Job preformance And or Lack There of. Failure To properly exercise The power(s Bestowed upon Them by State Law Can Then only Be summized As Being "Deliberately Indifferent", To one's Oath To up Hold The wellBeing As well As Care of all prisoners Equally, In Clear violation of The Plaintiffs XIV (14th) Amendment To The U.S. Constitution For "Equal Protection". The Equal Protection Clause protects prisoners From Invidious Racial Discrimination see TURNer v. Safely, 482 U.S. 78, 84 (1987) To prevail on An Equal Protection Claim of Racial

The COMPLAINTANT MUST Prove That he Was Treated Differently FROM other SimiLARLY SITUATEDIndividuALS, And The Reason For The different Treatment was Based ON Race (His) see Diesel v. TOWN OF LewisBoro., 232 F.3d 92, 103 (2d Cir. 2000) This provision does NOT MANdate Identical Treatment For each Individual, Rather it Requires That Similarly situated persons be Treated The Same. See CITY OF Cleburne Living CTR , 473 U.S. 432, 439 (1985) ALSO see Johnson v. CALIF. ORNIA, 543 U.S. 499, 509-14 125 S. CT. 1141 (2005) see Yates V. STalder, 217 F. 3d 332 (5Th Cir. 2000)

## 2.                    Jurisdiction And Venue

This Court has Jurisdiction Under 28 U.S.C. Sec. 1331 (a) 1343 (a)(3) Plaintiff seeks Declaratory Relief PURSUANT TO 28 U.S.C. 2201 And 2202 Plaintiff Claims For Injunctive Relief Are Authorized By U.S.C. SEC. 2283 And 2284 And Rule 65 of The Federal Rules of Civil Procedures, 28 U.S.C. 1367

3. District Court of Connecticut is An Appropriate Venue Under 28 U.S.C. Sec. 1391 (B)(2) Because it is Where The Events given Rise To The Claim occured

4. Pro-se African-American Plaintiff Christopher Gaskin #228618, Was at All Times mentioned HEREIN, A Prisoner of The STate of Connecticut, in The Custody of The Department of Corrections (D.O.C.) He is Currently Confined at Corrigan County Correctional Institution (C.C.C#) yet, At Times has ALSo Been Confined at Garner Correctional Institution (GC#) And ALSO AT Cheshire Correctional Institution (CC#) which All Three Facilities Are Where All The Plaintiffs In Justices Decured.

## 5.              STATEMENT OF LEGAL CLAIMS
The Defendants Actively Participated IN The Deprivation of The Plaintiffs

procedural Safegaurds Against Arbitrary And Capricious Determination In Administrative And Medical Safety, Evaluation, Diagnosis, Treatment, Follow-up's, And Determination procedures, Through Discrimintorial Act's / Actions, Depriving him of Rights as set Forth Herein In This Complaint. Also, Acting With disregard, in Breach of Professional Conduct and Duties, in Full Knowledge of Job Requirements Being Duly Sworn In by And Through The VANGAUrds as Well as Tenets of Their professional Title And Degree, To Ensure The upkeeping and wellBeing of All Prisoners Medical Necessities. Futhermore, To The Extent of Causing The Deterioration of The Complaintants Health, To That Which Can Be deemed as Nothing short of Life Threatening. Also, Not Properly processing Requests Forms, as Well as Grievances, and protocol's used And Instituted by The D.O.C. To Thoroughly process And Remedy Indifferences if Possible In Their primary Stages. Thus, Effectively Creating The Inability For The Complaintant, To File any Forms of appeals And or Thoroughly seek Remedy Through A system Instituted by The D.O.C. For Which To Set Forth The Mediation Any Such Indifference. The Defendants Not only Sought To Obstruct Justice And The Avenues of Remedy For The Plaintiff, yet Also, The Defendants Completely Endangered The Plaintiffs Life, Limbs, And WellBeing, With Wanton Disregard For The Plaintiffs physical State of Wellness, In Complete And Absolute Violation of The Plaintiffs 14th and 8th (Fourteenth) (Eighth) Amendment Rights To The United States of America.

## DEFENDANTS

6.

A. DEFENDANT Doctor Castro, is and was, at all Times Mentioned Herein The Primary Facility Doctor at GARNER Correctional (GCI) For The Times of Which pertain To The Plaintiff Being Under his Care While at G.C.I. his Job Description Includes, But are Not Limited To, Evaluations, Treatment, diagnosis, Follow-ups, And The Majority of Responsibilities Involved In The WellBeing

management of prisoners housed at GCF. Ensuring Each prisoner is given Equally Adequate, professional standard of care WHILE at **GARNER CF**.

B. **DEFENDANT DOCTOR Ruiz**, is and <sup>was</sup> at all times MENTIONED HEREIN, The primary Facility Doctor at CHESHIRE Correctional (CCF) For The times of Which pertain To The Plaintiff Being under his Care WHILE at CCI, his JOB Description Includes, BUT are Not Limited to, EVALUATIONS, TREATMENT, diagnosis, Follow-ups, And the MaJority of Responsibilities Involved In The WellBEING management of prisoners housed at CCF. Ensuring Each prisoner is given Equally Adequate, professional STANDARD of Care While at CHESHIRE CI.

C. **DEFENDANT DOCTOR FarinellA**, is at <sup>was</sup> all times MENTIONED HEREIN, The primary Facility Doctor at CORRIGON County Correctional Institution (CCCF) For The times of Which pertain To The Plaintiff, Being under her Care WHILE at CCCI. her JOB Description Includes, BUT are Not Limited TO, EVALUATIONS, TREATMENT, diagnosis, Follow-ups, And The MaJority of Responsibilities Involved in The WellBEING management of prisoners housed at CCF. Ensuring Each prisoner is given Equally Adequate, professional STandard of care WHILE at CORRIGON CI.

7.                    Capacities
All DEFENDANTS ACTIONS / ACTs, WERE Made Under The CoLor OF STATE LAW, And are All Being Sued In TheIR Individual And OFFicial Capacity.

8. <u>Prisoner's SELF HELP LITIGATION MANUAL Pg37 ""Medical Care" STANDard.</u>
SINCE Prisoners CANNOT OBTAIN Their own medical Services, The CONSTITUTION Requires Prison AUTHorities to provide Them WITH "" REASONABLY Adequate" medical Care. COURTS have defined "ADEQUATE medical SERVICES as, "" services at a Level ReasonABly Commensurate WITH "MODERN" medical Science, And of a "QuaLity" ACCEPTABLE WITHIN "PRUDENT ProFessional STANDARDs", And as "A Level of HEALTH SERVICE Reasonably desig-

Ned To meet Routine And Emergency medical, Dental, And psychological or psychiatric Care? In practice, providing Care To prisoners usually means, paying For The Care. Since most prisoners have Little Money And No Medical Insurance, And are Ineligible For public Assistance, "The Fact That The care may be Expensive, Does Not Excuse prison Officials From providing it." If a prisoner does Not have money or Insurance, it is Probably Not unconstitutional To Bill The prisoner For The Cost of Medical Care. Some states have have statutes to This Effect, usually Covering prisoners in Local Jails who Require Treatment At Outside Hospital's. But prison official's may Not withhold medical Care Until The prisoners pay, or Agree's To pay, They Must First provide The Care, And Leave The Arguements About Money until Later. Recently some states Have Begun Requiring prisoners to pay small Amounts of money For medical visits. One Such Requirement was Found unconstitutional, Because it would Require Days And Even Weeks, at inmate pay Rates To Earn The Money, Also, This would Fall particularly harsh on The Chronically ill who Require More Medical care Than others. See NEWMAN V. ALABAMA, 559 F.2d 283, 291 (5TH CIR) 438 U.S. 915 (1978)

HOPTOWIT V. RAY, 682 F.2d 1237, 1246 (9TH CIR 1982)

WOLFISH V. LEVI, 573 F2d 118, 125, (2d CIR 1978)

Bell v. Wolfish, 441 U.S. 520 (1979)

LANGLEY V. COUGHLIN, 888 F.2d 254 (2 CIR 1989)

Fernandez V. United States, 941 F.2d 1488, 1493 (11th CIR 1991)

MONMOUTH COUNTY CORRECTIONAL Institution Inmates V. LANZARO, 834 F.2d 326, 350 (3rd CIR 1987)

CITING CITY OF REVERE V. mass general HOSPITAL, 463 U.S. 239, 245-46, 103 S. CT. 2979 (1983)

9.

## EQUITY

A. Pro-se Plaintiff has No Adequate, Plain, or Complete Remedy at Law, To Redress The WRONG (WRONGS) described herein.

B. Pro-se Plaintiff has been, And shall Remain WITH severe Injuries, due To The direct Conduct of The Defendants, Their Subordinates, Agents, And participants, Unless The Courts grant The Declaratory And Injunctive Reliefs The plaintiff seeks, The Defendants Will Have Succeeded in perverting

and MANIPULATING JUSTICE as well as the LEGAL PROCESSES GOVERNING this SACRED Land.

10.       <u>ExHIBITs And Facts SUPPORTED ThereBy</u>

The AFRICAN AMERICAN PRO·SE PLAINTIFF, WAS TRANSFERED FROM NORTHERN CORR. INST. (NCI) TO Garner CORR. INST. 8/18/08 (2008) While at GCI. The PLAINTIFF was Found to Have high Liver Levels, yet, Nothing Was Done

11/26/08 THE PLAINTIFF Was TRANSFERED to Corrigan County CORR. Inst. (CCCF) during The Time Which THE PLAINTIFF Was AT THIS FaciLITY, The PLAINTIFF Was DIAGNOSED WITH Severe DIABETES, A Family HISTORY Was Taken of The PLAINTIFF Whom had Lost A SIBLING TO HIgh Blood pressure and DIABETES, ALSO OF Whom mother Suffers FROM The Same Two DISEASES As Well as Breast CANCER.

THE PLAINTIFF Was PLACED ON 2 different Forms OF INSULIN (INJectaBLe), as Well as AN ORAL PILL 2x's daily. ALSO BLOOD TESTS WERE RAN due To the PLAINTIFFs HIGh Liver Levels, ALSO HEP. TESTING Was ORDER Which Came Back Neg. Nothing Further done

12/08/10 The PLAINTIFF WAS TRANSFered TO GCF. WhiLE AT THIS Facility Numerous Blood TESTS ordered HIgh Blood pressure Medication, As Well As DIABETIC Medication Was Changed by DR. O'HALLORAN, Numerous Hepatitis Test RAN due TO DANGerousLY High Liver Levels, All NEGative, PLAINTIFF diagnosed WITH FATTY Tissue displacement, NOTHING MORE done.

12/5/11 The PLAINTIFF Was Assaulted FROM Behind, and WITH The Weight OF The HIT TO The Back OF The PLAINTIFFs HEAd, The PLAINTIFF LOST CONSCIOUSNESS. ALSO WITH The Entire Body Weight OF ANother person CLINGING TO The PLAINTIFFs Body, The PLAINTIFF Fell STRAIGHT Back Wards WITH NOTHING TO Break his Fall, STRIKING The Back OF his head directly ON The HARD PRIson FLOOR. PLAINTIFF Rushed TO DanBury's Serious Brain INJury UNIT WITH CONCUSSION.

While at Danbury Hospital, due to the Plaintiff size, weight, and shackles, the Plaintiff was unable to fit into the Brain Scan Machine, to rule out Head Injury, Neck, and spine Fractures. 1 to 2 wk. Follow-up ordered, of which was Never honored by Dr. Castro, Dr. Ruiz, nor Dr. Farinella since.

12/13/11 The Plaintiff was Transfered to Corrigan CF. at which Time his SOFT and His Hard Neck Braces were Confiscated, also the Plaintiff Sat in Segregation for 7 days during which Time his Blood sugars were Always Dangerously Low to the point The Medical STAFF would have to Bring Juice in order to keep The Plaintiff Conscious. Shortly Thereafter, without Notification, Justification, ever meeting or speaking with The Plaintiff, Defendant Farinella discontinued The Plaintiffs Injectable Insulin.

5/08/12 The Plaintiff was Transfered to Cheshire Corr. Inst. (CCF.) during the Time The Plaintiff Stayed at Cheshire CF. A Host of Blood work was Taken, an In Cell 24 Hour Urine Collection Was Taken, Protein, and Blood was Found In The Plaintiffs Urine, yet Nothing Defendant Dr. Ruiz Found The Kidney and Liver Levels of the Plaintiff to be Dangerously High, yet did Nothing.

Around 11/2012 The Plaintiff was Transfered to Corrigan CF. During The Time the Plaintiff has BEEN HERE Defendant Farinella Has Increased oral Diabetic Medication and Blood sugar Checks due to unstable and Very High Blood sugars. Defendant Farinella also Ordered an Oral Narcotic Called Elavil due to The Severity of The Head pains The Plaintiff suffers From

Dr. Gillig While at CCCF. Examined The Plaintiffs Head, Neck, and Face, and has Found Enough swelling and Tenderness to Submit an official medical Request for Th Plaintiff to be Sent to UConn Medical For Evaluation, which was Denied and will also Be part of Plaintiff Exhibits.

The Plaintiff has Exhausted his Departmental Remedies, And shall also submit a Listing. The Plaintiff will also send a "Production of Documents" Motion with this claim, For The Plaintiffs Medical File In its Entirety, for There are Many More Attachments Relevant to this claim and History of such. All of which shall attest to the Length of time That the Plaintiff has been Suffering, while Attempting to Receive The Medical Attention of which Prudent Social Standards have set And Applied as Guidelines.

II.

## Attachments

A. 2 pgs. 1 EMERGENCY MEDICAL GRIEVANCE, Re: DENIAL OF INSULIN And DIABETIC TREATMENT. pg 2 Denial of Grievance For A Ficitious Reason Pg 1 dated 12/18/10 Pg 2 dated 1/5/11 (AT: GARNER CORR. INST)

B. Handwritten Request to Doctor, Re: HEAD Injuries, ULCER Test, BLOOD IN URINE. 1 pg dated 1/1/13 (AT: CORRIGAN CORR. INST)

C. Inmate Grievance Form dated 1/29/12, Re: BLOOD IN VOMIT, ULCER Test (STOMACH ULCER) 1 pg AT: (CORRIGAN CORR. INST) denied For C/o: Claim ???

D. 2 pgs. 1 EMERGENCY GRIEVANCE Re: HEAD Injuries, Insulin, DIABETIC care, Medical grievances Not Being processed. pg 2. denial dated 3/6/12 AT: (CORRIGAN CORR. INST.)

E. 1 pg Handwritten Medical Request to DOCTOR, Re: BLOOD clots And severe pain in BOTH legs. AT: (Cheshire Corr. INST.)

F. Inmate Request Form dated 9/22/12 to DOCTOR RUIZ, Re: 24 Hr URINE Test. DENIED Because I WROTE IN The request I'd rather skip The sick Call Politics, thus I got BURNT. AT: (Cheshire Corr. INST.)

G. 1 pg Handwritten Request to Doctor dated 4/16/12, Re: Family History of DIABETES, HIGH BLOOD pressure, Cancer, LUMP Under arM And TESTICLE, Kidney Failure Test. AT: (CORRIGAN CORR. INST.)

H. 1 pg HandWRITTEN Medical Request TO Doctor dated 4/25/12, Re: Head INJuries AT: (CORRIYAN CORR. INST.)

I. 1 pg INMATE Request TO Doctor dated 1/20/13, Re: BLood IN URINE, KIdNEy, LIVER, BLadder Failure AT (CORRIGAN CORR. INST)

J. 1 pg INMATE GRIEVANCE dated 2/8/13 Re: Family HISTORY, LIVER disFUNCTION, KIdNEy disFUNCTION, BLood IN URINE, CHRONIC Head pains, EdEMA, NEUROPATHY, SEVERE STOMACH, Legs, AND FEET pains AT: (CORRIGAN

K. 1 pg INMATE Request FORM TO Doctor dated 3/25/13, Re: BLood cLoTS, BLood WORK, Head INJuries. AT: (CORRIGAN CORR. INST.)

L. 1 pg INMATE GRIEVANCE dated (4/13/13 medicaL) Re: Head/Brain INJuries, Follow-up TREATMENT, diABETIC TREATMENT, BLood cLoTS, denied for A BUNCH OF TECNICALITIES PLAINTIFF IS NOT VERSED IN.

M. 2 pg (Back & FRONT) DANBURY HOSPITAL EVALUATION diagNOSIS FORM, WITH Follow up TREATMENT 1 WK. Later CHEST Pain (HEART TROUBLE) RUSHED TO EMERGENCY ROOM 6/18/2011, dieT ORDERED, Follow-up TREATMENT. No Follow up. AT (GARNER CORR. INST)

N. 2 pgs (Back & FRONT) DANBURY HOSPITAL EVALUATION diagNOSIS FORM, WITH all Follow-up TREATMENT 1-2 wks SERIOUS Brain INJury, CONCUSSION, Face SWELLING FROM ASSAULT Dated 12/6/2011 AT (GARNER CORR. INST) 1 pg CONTACT INFORMATION-For Follow-up dated 12/6/2011

O. 1 pg DANBURY HOSPITAL'S LISTING OF MEdicaTIONS PLAINTIFF WAS ON AT TIME OF HEART PROBLEMS dated 6/18/2011

P. 1 pg UR Request Response dated 4/26/13 FROM UCONN MEdicaL HEALTH CENTER. Re: Doctor EXAMINED PLAINTIFF AND FOUND VISIBLE VENOUS PULSATION, TENdER SCALP, SUPPLE NECK, SEVERE head Pain. DENIED WITHOUT EXAMINATION, PROBLEMS STILL EXIST.

Q. INMATE MEdical GRIEVANCE dated 6/23/13

12.                    ReLiefs

Plaintiff seeks The Following Declatory AND Injunctive Relief and Damages.

A. Issue A Declaratory Judgement, :

1 Defendants, Their Subordinates, Agents, And participants, With Them Refrain From punishing This Plaintiff For Exercising his Constitutional Rights And statutory Rights, For violating The Plaintiff's VIII (8th) and XIV (14th) Amendment To The U.S. Constitution, For "EQUAL PROTECTION", And "CRUEL and Unusual Punishment".

B. Issue An Injunction Ordering Defendants, :

1. Prohibit Defendant, Their Subordinates, Agents, And Their Successors In OFFICE, person's In Action, Concert, And Participation With Them, From Denying, Punishing In Retaliation Against The Plaintiff In Any Way, shape, or form, For Exercising his Rights And Filing The Action Herein.

2. Order The Defendants To send Plaintiff To UCONN Medical, For All The Medical disorders And Complications Listed In This Complaint, For Evaluation, diagnosis, Treatment, And Follow-ups.

3. Order Defendants To provide the Plaintiff With A "Permenant" Bottom Bunk Pass. 1 Copy To Be placed In his "Central File", "Medical File", "And On Person", To be used In The Event OF Transfering or Any other Unforseeable Mishappening.

C. AWARD COMPENSATORY Damages In The Amount OF :

1 Exceeds (50,000) Fifty Thousand Jointly And severally Against all Three Defendants.

D. AWARD Punitive Damages In The Amount OF :

1 Exceeds (50,000) Fifty Thousand Jointly and severally Against all Three Defendants

E. AFRICAN-AMERICAN Pro-se Plaintiff, Humbly Requests the following
1. JURY TRIAL
2. RETURN OF COST AND Fees OF The COMPLAINT
3. NO DAMAGES Awarded, TO GO TOWARDS COST OF INCarceration, OR ANY OTHER UNForSeeable VENUE(S), PERSON(S), Seeking TO Lay Claim TO the PLAINTIFFS COMPENSATORY AND PUNITIVE Damages Thus AWARDED, By This HONORABLE COURT.
4. Such other And Further ReLieF, This HONORABLE Court deems TO Be Appropriate AND JUST.

DATED: AUGUST 8, 2013

UNder Penalties OF PERJURY, The AFRICAN-AMERICAN PRO-se Plaintiff, Declares That The INFORMATION IN This COMPLAINT IS TRUE AND CORRECT, Pursuant To 28 U.S.C. §1746 & 18 U.S.C.§1621

Respectfully AND Humbly Submitted

CHRISTOPHER Gaskin #228618
AFRICAN-AMERICAN Pro-se PLAINTIFF
CORRIGAN COUNTY CORR. INSTITUTION
986 NORWICH-New london TPKe
UNcasville, CT. 06382



## Inmate Administrative Remedy Form
### Connecticut Department of Correction

CN 9602
REV 1/31/09

| Facility/Unit: GARNER CORR. INST | Date: DEC 18, 2010 |
|---|---|

| Inmate name: CHRISTOPHER GASKIN | Inmate number: 228618 |
|---|---|

| SECTION 1 | SELECT ADMINISTRATIVE REMEDY A, B or C BELOW. |
|---|---|

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☑ I am filing a Grievance. (Medical EMERGENCY)

Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.   >   Refer to Section 2 below

**B.** ☐ I am requesting a Health Services Review: ☐ Diagnosis/Treatment   >
☐ All Other Health Care Issues   >   Complete Section 4   >>>>

**C.** ☐ I am filing an Appeal of a (select one below):

Appeals must be filed within 15 days of notification of a decision.

| ☐ Disciplinary Action | | >   Complete Section 3 below |
|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| ☐ Security Risk Group Designation | ☐ ADA Decision | >   Complete Section 4   >>>> |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |

| SECTION 2 | OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| SECTION 3 | DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY |
|---|---|

You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

| Did you have an advocate?.... ☐ yes ☐ no | If yes, name of advocate: |
|---|---|

| Did you identify witness(es) to the investigator? ☐ yes ☐ no | Did your witness(es) testify? ☐ yes ☐ no |
|---|---|

Name(s) of any witness(es):   ✳ PLAINTIFFS ATTACHMENT A ✳



# CONFIDENTIAL
## (FOR OFFICIAL USE ONLY)

Inmate name: Christopher Gaskin

Inmate number: 228618

Housing: A.102

### SECTION 4 — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. THIS MORNING I WAS UNABLE TO GET OUT OF MY BUNK AT 5AM FOR MY INSULIN DUE TO PHYSICAL INABILITY FROM THE DISEASE ITSELF. AT DIABETIC CALL 2nd SHIFT WHEN MY DOOR OPENED AND I JUMPED OFF MY BUNK TO GO, MY STOMACH BEGAN TO FAIL ME AS IF I WOULD HAVE AN IMMEDIATE BOWL MOVEMENT. THE DR. AND NURSE LINDA NOTIFIED ME OF THIS BEFORE CHANGING MY MEDICATION AND ALSO INDICATED SUCH IN MY MEDICAL CHART, FOR THIS WOULD BE UNCONTROLABLE AND INVOLUNTARY. AFTER COMPLETION OF MY BOWL MOVEMENT, I EXPLAINED MY SITUATION TO THE OFFICER IN THE CONTROL STATION A C/O BRAGAW WHOM WHEN UNDERSTANDING THE SERIOUS NATURE OF MY DIABETIC NEED FOR INSULIN CONTACTED C/O TROTMAN WHOM CONTACTED MEDICAL FOR C/O BRAGAW AFTER NUMEROUS ATTEMPTS WAS UNABLE TO CONTACT MEDICAL. A NURSE NAMED SISSON THEN RETURNED THE CALL TO THE POD AND SPOKE W/ THE ROOKIE OFFICER, INFORMING HIM QUOTE " HE'S BEAT UNTIL TOMORROW!" THIS IS UNACCEPTABLE AND A BLATANT DISREGARD FOR MY SAFETY AND WELLBEING AND SHOULD I DIE OR HAVE ANY COMPLICATIONS DUE TO MY BEING DENIED MY INSULIN, I WOULD LIKE THE STATE POLICE TO BE NOTIFIED IMMEDIATELY AND CHARGES FILED!!! YET, IN THE MEANTIME, I WANT TO HAVE MY BLOOD TESTED, AND RECEIVE MY INSULIN ASAP.

[ PLEASE RESPOND W/IN THE APPROPRIATE TIME FRAMES OF AN EMERGENCY ]
[ GRIEVANCE; AND THIS IS NOT A DEMAND, THIS IS A HUMBLE REQUEST ]
THANK YOU VERY MUCH.
RESPECTFULLY,

THIS OCCURED AT
5:28pm. 12/18/10

CC. HANDWRITTEN

Inmate signature: _(signature)_

Date: 12/18/10

**For all remedies except health services, deposit this form in the Administrative Remedies box.**
**For a health services issue, deposit this form in the Health Services box.**

### SECTION 5 — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | | T#: |
|---|---|---|---|
| Disposition: | | Date of Disposition: | |
| Reason: | | | |

☐ You have exhausted DOC's Administrative Remedies.

☐ This matter may be appealed to:

Signature: 

Date:

I/m Gaskin #228618—The included paperwork is being
returned to you for the following reason(s): You placed a
Grievance, which is a custody issue, in the Health Services
Review box.

1/5/11

*PLAINTIFFS ATTACHMENT A*



FR CRISTOPHER GASKIN
#228613 f-212
1/1/13

I WOULD LIKE TO HAVE MY HEAD Checked, FOR BLOODCLOTS & OR AN ANEURISM. I WAS Admitted TO DANBURY'S SERIOUS BRAIN INJURY UNIT AFTER SUFFERING A BLUNT TRAUMA & A CONCUSSION 1 YEAR AGO. I was UNConscious FOR A few days & Never given the FOLLOW-UP TREATMENT ORdered by The hospital. I've Continually SUFFERED FOR The past YEAR WITH Severe Head-Aches which feel as IF MY BRAIN HAS AN ENORMOUS AMOUNT OF SWELLING & pressure, TO The POINT IT feels as IF MY eyes ARE GOING TO POP OUT OF MY Head. I also would like to BE Checked & OR TESTED FOR AN ULCER & BLOOD IN MY URINE ASAP.

Respectfully
[signature]

Your name has been     1/2/13
Added to the sick
Call waiting list



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 1/31/09

| Facility/Unit: CORRIGAN CORR INSTITUTION | Date: 1-29-19 |
|---|---|
| Inmate name: CHRISTOPER CHSKIN | Inmate number: 9928618 |

| SECTION 1 | SELECT ADMINISTRATIVE REMEDY A, B or C BELOW. |
|---|---|

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box)*.

**A.** ☒ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. > Refer to Section 2 below

**B.** ☐ **I am requesting a Health Services Review:** ☒ Diagnosis/Treatment >
☐ All Other Health Care Issues > Complete Section 4 >>>>

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action > Complete Section 3 below

☐ Special Management Decision  ☐ Classification Decision >
☐ Media Review Committee Decision  ☐ Furlough Decision >
☐ Security Risk Group Designation  ☐ ADA Decision > Complete Section 4 >>>>
☐ Determination of Grievance Process Abuse  ☐ Rejection of Outside Tapes/CDs >

| SECTION 2 | OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| SECTION 3 | DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY |
|---|---|

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

Did you have an advocate?  ☐ yes  ☐ no   If yes, name of advocate:

Did you identify witness(es) to the investigator?  ☐ yes  ☐ no   Did your witness(es) testify?  ☐ yes  ☐ no

Name(s) of any witness(es):

* PLAINTIFFS ATTACHMENT *

C

<table>
<tr><td rowspan="2">**CONFIDENTIAL**<br>(FOR OFFICIAL USE ONLY)</td><td>Inmate name: CHRISTOPHER GASKIN</td></tr>
<tr><td>Inmate number: 228618 | Housing: T-113</td></tr>
</table>

| SECTION 4 | STATE THE PROBLEM AND REQUESTED RESOLUTION |
|---|---|

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

I WENT TO MEDICAL TONIGHT AROUND 10:45 pm FOR BLOOD IN MY VOMIT. NURSE YVONNE AND ALICE seemed TO CONSPIRE AGAINST ME, AND TRYING TO DOWNPLAY MY SITUATION they claimed ThAT The officer ON MY POD STATED ThAT it could hAVE BEEN JUICE FROM CHOW, AND OR A HOST OF Other RATIONALITIES INSTEAD OF SIMPLY EVALU-ATING ME, AND REFERING ME TO The DOCTOR. I BelieveI MAY HAVE A STOMACH ULCER, WHICH IS A Bleeding ONE. I WANT TO Be EVALUATED AND OR X-RAYED, OR WHATEVER The process MAY Be, OF WHICH TO EVALUATE A Bleeding STOMACH ULCER, OR A regulAR STOMACH ULCER. MY prilosee WAS ordered FOR A CERTAIN AMOUNT OF TIME, AND RAN OUT, I ShoulDN'T HAVE TO HAVE MY HEALTH WORSEN Before MY MEDICATION IS Reordered. I WANT The APPropriAte TreAT-MENT, DIAGNOSIS, AND CARE, AS SOON AS POSSIBLE.

| Inmate signature: _[signature]_ | Date: 1.29.12 |
|---|---|

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box**.

| SECTION 5 | DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW |
|---|---|

| Date Received: 2/3/12 | IGP #: 10 | T#: |
|---|---|---|

| Disposition: D | Date of Disposition: 2/3/12 |
|---|---|

Reason:

I/m refused to be seen per CO on duty

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: |
|---|---|

| Signature: _[signature]_ LPN | Date: 2/3/12 |
|---|---|

LINE grievance NON medical



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 1/31/09

Facility/Unit: CORRJOHN CORR INST.     Date: 3 | 1 | 19

Inmate name: CHRISTOPHER GASKIN     Inmate number: 298018

## SECTION 1     SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box)*.

A. ☑ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.   > Refer to Section 2 below

B. ☐ I am requesting a Health Services Review:  ☐ Diagnosis/Treatment   >
☐ All Other Health Care Issues   >  Complete Section 4  >>>>

C. ☐ I am filing an Appeal of a (select one below):
Appeals must be filed within 15 days of notification of a decision.

| | | |
|---|---|---|
| ☐ Disciplinary Action | | > Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | > |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > Complete Section 4  >>>> |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |

## SECTION 2     OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3     DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

| Did you have an advocate?  ☐ yes  ☐ no | If yes, name of advocate: |
|---|---|

Did you identify witness(es) to the investigator?  ☐ yes  ☐ no   Did your witness(es) testify?  ☐ yes  ☐ no

Name(s) of any witness(es):

*PLAINTIFFS ATTACHMENT*

d

**CONFIDENTIAL**

(FOR OFFICIAL USE ONLY)

Inmate name: CHRISTOPHER gaskill

Inmate number: 228619

Housing: F. 113

**SECTION 4** — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT.

UPON MY ARRIVAL AT THIS FACILITY I WAS ON A DIABETIC PLAN CALLED A SLIDING SCALE, MEANING UPON CHECKING MY BLOOD SUGAR LEVELS DEPENDING UPON HOW HIGH MY LEVELS WERE I WOULD RECEIVE INSULIN. YET, THE AMOUNT OF INSULIN WOULD VARY ACCORDING TO MY LEVELS. HOWEVER MY INSULIN WOULD BEGIN ADMINISTERED AT A BLOOD SUGAR LEVEL OF 150. ON THE ABOVE DATE C/O PERKINS INFORMED MEDICAL HE WAS SENDING ME TO THE MEDICAL UNIT, DUE TO FEELINGS OF DIZZINESS AND PRESSURE INTENSELLY ON / INSIDE MY HEAD. ALSO BEING THAT I AM A DIABETIC, AND WAS ALSO RUSHED TO DANBURY HOSPITAL EMERGENCY ROOM, IN DEC. OF 2011 UNCONSCIOUS W/ A VERY SERIOUS CONCUSSION, AND HELD FOR 3 DAYS IN THEIR SERIOUS BRAIN TRAUMA UNIT, I FEARED MY WELLBEING. WHEN I GOT TO MEDICAL RN SARA TOLD ME TO CHECK MY BLOOD SUGAR. AND THAT WAS THE ONLY REASON I WAS DOWN THERE. UPON CHECKING MY BLOOD SUGAR LEVELS, MY LEVEL WAS 151. I THEN REQUESTED INSULIN, AT WHICH TIME, RN. SARA BECAME VERBALLY ABUSIVE. AND EXTRE mely HOSTILE, BELIGERENT, AND UNPROFESSIONAL. THE % AT THE BUBBLE DURING THIS TIME WAS % B—— SHE REFUSED TO CALL THE MEDICAL, I WOULD GO TO SEGREGATION! I WAS TOLD MY INSULIN WAS CANCELED AND IF I DIDNT LEAVE LT. AND OR SHIFT COMMANDER, AS I EXPLAINED MY SITUATION, AND FEAR FOR MY SAFETY (HEALTH WISE) I'VE ALREADY FILED 2 GRIEVANCES AGAINST MEDICAL AND MY DIABETIC SITUATION TO NO AVAIL. MY GRIEVANCES ARE BEING STYMIED AND DISMISSED BY THE GRIEVANCE COORDINATOR, AND MY LIFE HAS BEEN PLACED IN A VERY PERILOUS WAY. I AM A TYPE 2 DIABETIC I TAKE A 500 mg DIABETIC PILL 2x's DAILY AND ALSO 2 TYPES OF INSULIN AS NEEDED. YET, THE MEDICAL DOCTOR HERE HAS STOPPED MY BLOOD SUGAR CHECKS AND MY INSULIN. AND HAS NEVER SPOKEN TO ME NOR SEEN ME IN MY LIFE. THERE IS NO MEDICAL FACTUAL BASIS UPON WHICH TO STOP MY INSULIN. I COULD DIE ANY DAY OR GO INTO A COMA. THIS IS NOT ONLY ILLEGAL, YET ALSO IMMORAL. I AM FILING THIS THROUGH THE REGULAR LINE GRIEVANCE, FOR BE IF I FILED IT THROUGH MEDICAL, EXPERIENCE HAS SHOWN THAT MY WELLBEING WILL BE NOT ONLY NEGLECTED RATHER MALICIOUSLY DISREGARDED. I WISH TO HAVE THE FACILITY MEDIATE THIS INDIFFERENCE ASAP. THANK YOU.

cc- HANDWRITTEN PERSONAL FILE
JUDGE HANDLING MY CIVIL CLAIM
AGAINST MEDICAL AT CORRIGAN.

Inmate signature: [signature]

Date: 3 / 1 / 12

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

**SECTION 5** — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | | T#: |
|---|---|---|---|
| Disposition: | | Date of Disposition: | |

Reason:

☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to:

Signature: | | Date:

3/6/12

**Gaskin,**
Any grievances relating to medical must be reviewed by the medical grievance coordinator. If something was denied or rejected by the medical grievance coordinator you have the option to appeal it, at which time it would be sent out of the facility and reviewed and addressed,( if necessary) by a higher authority. You also have the option to write to the Medical Supervisor, Ms. Letavec and to the Warden.

**Corrigan Grievance Coordinator**

\* PLAINTIFFs ATTACHMENT \*

d

TO: MEDICAL DOCTOR
FR: CHRISTOPHER GASKIN #228618
3E/1ST 28 CELL

I WOULD LIKE TO BE TESTED FOR BLOOD CLOTS AS SOON
AS POSSIBLE. I CONTINUE TO GET These Severe PAINS IN
BoTh of My Legs, AND My Feet go LiKe TINGLY NUMB...

HUMBLY

THANK YOU very MUCH.

5/19/12 Seen

* PLAINTIFFS ATTACHMENT *
E

Inmate name: CHRISTOPHER GASKIN    Inmate number: 228618

Facility/Unit: CHESHIRE CORR. INST.    Housing unit: RHU 100    Date: 9.29.12

Submitted to: DOCTOR RUIZ

Request: I WOULD LIKE YOU TO CALL ME DOWN AS SOON AS HUMANLY POSSIBLE. I WOULD LIKE TO SPEAK W/ YOU ABOUT ORDERING A 64 HOUR URINALYSIS... I DO NOT WANT TO BE CALLED DOWN TO A SICK CALL INTERVIEW. AND TRUTHFULLY, I'd PREFER IF YOU'd SIMPLY ORDER THE TEST W/OUT ME COMING DOWN. I'd JUST BE CALLED DOWN TO PICK UP THE URINE SAMPLE JUG AND YOU AND I COULD SPEAK WHEN MY RESULTS CAME BACK. I BELIEVE THIS TO BE THE BETTER OPTION. MY URINE IS THE SAME COLOR AND OFTEN TIMES ABOUT 3x's DARKER THAN WHEN IT TESTED POSITIVE FOR BLOOD. PLEASE RESPOND AS SOON AS POSSIBLE. THANK YOU
VERY MUCH

continue on back if necessary

Previous action taken:

Sick Call.

continue on back if necessary

Acted on by (print name): 10/1/12    Title:

Action taken and/or response:

Im Refused to come to

Nrsg triage as per Unit officer.

\* PLAINTIFFS ATTACHMENT \*
F

continue on back if necessary

Staff signature:    Date:



TO: MEDICAL DOCTOR

#1 I WAS PREVIOUSLY SEEN BY MIGUEL (RN) AND HE TOOK A LOOK AT A LUMP UNDER MY ARM, AND TOLD ME, AS LONG AS IT DOESN'T HARDEN I'M O.K.. UNFORTUNATELY IT HAS DONE EXACTLY THAT! HARDENING OF THE LUMP WORRIES ME, FOR MY DIABETES AND HYPERTENSION IS HEREDITARY, AND CURRENTLY MY MOTHER IS ON HER SECOND ROUND OF BREAST CANCER???

#2 YOU TOLD ME YOU'D ORDER BLOODWORK, WHICH I'VE YET TO RECEIVE.

#3 I'D ALSO LIKE TO BE TESTED FOR KIDNEY FAILURE, AND I BELIEVE I'VE FOUND A VERY SIMILAR LUMP INSIDE MY TESTICLES AS UNDER MY ARM... THUS I WOULD LIKE TO BE TESTED FOR CANCER...

THANK YOU
VERY MUCH!

HUMBLY & RESPECTFULLY
MR.

Your name has been added to the Sick Call waiting list

MEDICAL
DOCTOR
ONLY

TO: MEDICAL DOCTOR
FR: CHRISTOPHER GASKIN
#228618 F·113
4.25.12

IN DECEMBER 2011 I WAS IN DANBURY'S
EMERGENCY ROOM, AND SERIOUS BRAIN INJURY
UNIT W/A SEVERE CONCUSSION. I WAS SAID
TO BE TOO BIG FOR THEIR E.K.G. PLUS THE CHAINS
AND CUFFS... I WAS SUPPOSE TO GO BACK FOR
A FOLLOW-UP AND E.K.G. WHICH NEVER TOOK
PLACE TO DATE. HOWEVER, I HAVE A SMALL BUMP/
LUMP ON THE SIDE OF MY HEAD, WHICH HURTS SOO
BAD IT FEEL'S LIKE MY BRAIN IS BEING TORN APART,
AND I BECOME IMMOBILE. WHEN I TRY AND RUB
THE BUMP, IT REALLY HURTS, AND MAKES ME FEEL
LIKE IM GONNA PUKE. ? ? ? I CAN'T BEAR THIS
PAIN ANY LONGER. I GET ASPRIN K.O.P. AND I'VE
TRIED MOTRIN ALREADY. I NEED MY BRAIN CHECKED
A.S.A.P.

Your name has been
Added to the Sick
Call waiting list

* PLAINTIFFS ATTACHMENT *
H



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: CHRISTOPHER GASKIN | Inmate number: 228618 |
| Facility/Unit: CORRIGAN CI | Housing unit: F.212 | Date: 1/20/13 |

Submitted to: DOCTOR

Request: ABOUT 2 wks. AGO TRACES OF BLOOD WAS FOUND IN MY URINE. YOU ORDERED A URINE TEST WHICH I TOOK. NOW WHEN I WAKE UP IN THE MORNING & ALSO PRIOR TO TAKING MY WATER PILL AT 8 AM. MY URINE IS UNREALISTICALLY dARK W/ VISIBLe BLOOD MIXeD IN. I WOULD LIKE TO Be EXAMINED AT A HOSPITAL. THIS IS NOT NORMAL AT ALL. FUTHERMORE, I SUFFer FROM Kidney, LIVer, & BLadder Failures. PLease CaLL Me ASAP FOr A HOSPITAL TRIP.

*continue on back if necessary*

Previous action taken:

✱ PLAINTIFFS ATTACHMENT ✱

I

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

Your name has been
Added to the Sick
Call waiting list

1/20/13

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|

# Inmate Administrative Remedy Form



**Connecticut Department of Correction**

CN 9602
REV 2/16/12

| Facility/Unit: CORRIGAN CORRECTIONAL INSTITUTION | Date: 2/8/13 |
|---|---|
| Inmate name: CHRISTOPHER GASKIN | Inmate number: 228618 |

## SECTION 1 — SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☒ **I am filing a Grievance.**

Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance. > Refer to Section 2 below

**B.** ☐ I am requesting a Health Services Review:   ☐ Diagnosis/Treatment   ☐ All Other Health Care Issues   >   > Complete Section 4   >>>>

**C.** ☐ I am filing an Appeal of a (select one below):

Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action   > Complete Section 3 below

☐ Special Management Decision   ☐ Classification Decision
☐ Media Review Committee Decision   ☐ Furlough Decision   >
☐ Security Risk Group Designation   ☐ ADA Decision   >   Complete Section 4   >>>>
☐ Determination of Grievance Process Abuse   ☐ Rejection of Outside Tapes/CDs   >
  ☐ Rejection of Correspondence

## SECTION 2 — OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8-1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

## SECTION 3 — DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advocate?   ☐ yes   ☐ no   If yes, name of advocate: |
|---|

| Did you identify witness(es) to the investigator?   ☐ yes   ☐ no   Did your witness(es) testify?   ☐ yes   ☐ no |
|---|

Name(s) of any witness(es):

* PLAINTIFFS ATTACHMENT *

J
↓

CONFIDENTIAL

(FOR OFFICIAL USE ONLY)

Inmate name: CHRISTOPHER Gaskin

Inmate number: 228618    Housing: F 202

## SECTION 4 — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. I am a 36 YR. Old BLACK MALe, W/ a Family HISTORY of diabetes & High blo Pressure, And I am currently Taking pills A day for both illnesses. I am Also suffering from the following life threatening complications of which I've yet To receive any treatment for. I am filing this grievance for I have filed lawsuits AGAINST the Misappropriation of my medical & they Ance AgAINST S. SWAN, H.S.R., And I experience has shown my grievances to disappear when I fil Them w/ medical. I Now suffer from:

A. liver disfunction; (FATTY Tissue displacement.) (All Hep. Tests Came BAck NegAtive.) No Follow Treatment.
B. Kidney disfunction; (urine found in Blood Numerous Times.) No Follow-up Treatment
C. Chronic Headpains; (Was HospitAlized in DANBURY'S serious BRAIN Injury unit w/ concussion About 1/20C No Follow up Treatment.
d. EdemA & NeuropAthy (diagnosed by doctor & Footspecialist No Follow up Treatment)
e. Severe stomach, leg, & feet pains; Possible Blood clots & Bleeding ulcers; Bone spurs, Arthritis, Old fractures, Swelling Along w/ chronically Acute crAmping of Feet, gun shot wound, FlAt footed, Recently severe fungus on Feet & Inside Toe NAils, No Follow-up TreAtment.

I was Also Tested About 3 wks Ago by The Nurse In The presence of the doctor. At which time Blood was found In My urine. The doctor ordered A urinAlysis of which I Took And was denied Follow up TreAtment by the doctor. I Told The urine Tester As well As The doctor That I would Be Better To Test My urine early In The Morning Before I Take My wAter pill And Begin Flushing My system & drinking loads of wAter. The Treatment of which I am Receiving is deliberAtely Indifferent As well as Cruel And unusual. Futhermore & lastly I am still experiencing body wrenching MigrAins on A very ConstAnt & Regular BAsis And I have exhausted All other Avenues. Please Help ASAP.

(Verbatim)
Handwritten / Federal Court
Personal File Civil Litigation.

Inmate signature: [signature]    228618    Date: 2/8/13

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

## SECTION 5 — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 2/19/13    IGP #: 100    T#:

Disposition: Issues discussed. Tests, Diet, Podiatry, F/u ordered    Date of Disposition: 3/11/13

Reason:

All above issues discussed & lab results shown to Mr Gaskin. Plans for further care, weight loss, and testing explained and accepted.

F. GILLIG, M.D.

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:    Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: CHRISTOPHER Gaskin

Inmate number: 228618

Facility/Unit: CORR. CORRECTIONAL Inst

Housing unit: F.202

Date: 3/25/13

Submitted to: Medical Doctor

Request: I've Already Seen you. And you Ordered A Bunch of Blood work. And you've Yet To Order Any Testing For The Blood Clots I Believe I have In My Legs. I am Experiencing very severe PAINS which Are really Sharp And Seemingly Moving up My legs To My upper Thigh - groin Area. This is A very very serious Issue, And you've Yet To Tell Me Anything About the Numerous Blood Test of which you've Ordered on Me, Nor Any Evaluations on My Head In Juries. why?

please respond
In Writing ASAP.

HUMBLY

*continue on back if necessary*

Previous action taken:

## * PLAINTIFFS ATTACHMENT *

K

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

Your name has been
Added to the Sick
Call waiting list   4/1/17

**continue on back if necessary**

Staff signature:

Date:



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 2/16/12

Facility/Unit: CHRISTOPHER GASKIN          Date: 4/13/13

Inmate name: CORRIGAN COUNTY CORR INST     Inmate number: 228619

### SECTION 1          SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

A. ☑ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.     > Refer to Section 2 below

B. ☐ I am requesting a Health Services Review:    ☑ Diagnosis/Treatment      >
                                                   ☑ All Other Health Care Issues   >  Complete Section 4   >>>>

C. ☐ I am filing an Appeal of a (select one below):
Appeals must be filed within 15 days of notification of a decision.

| | | |
|---|---|---|
| ☐ Disciplinary Action | | > Complete Section 3 below |
| ☐ Special Management Decision | ☐ Classification Decision | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > Complete Section 4   >>>> |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |
| | ☐ Rejection of Correspondence | |

### SECTION 2          OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3          DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|

| Facility where hearing was conducted: | Date of hearing: |
|---|---|

Did you have an advocate?   ☐ yes   ☐ no     If yes, name of advocate:

Did you identify witness(es) to the investigator?   ☐ yes   ☐ no   Did your witness(es) testify?   ☐ yes   ☐ no

Name(s) of any witness(es):        * PLAINTIFFS ATTACHMENT *

**SECTION 4**　　STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. OK.

The last time you and I met, you examined my head and found a lot of swelling. Also knowing full well that I had a concussion and was admitted to the serious BRAIN INjury In Danbury Hospital, where they claimed due to my Restraints, Size, and weight, combined w/ the fact that while unconcious I moved Alot, The hospital was unable to x-Ray my Brain and spine. Futhermore, the fact that the severe migrains, coupled w/ numerous dizzy spells and Nausea, along w/my discharge orders I should have Been scheduled to go to UCONN over a year ago... You Just examined my head and found all that swelling, However you Refused to give me any form of treatment for the swelling, and for some odd Reason seemed indifferent to treating me as I question you continually about. You claimed you would sign me up to go to UCONN and yet I've heard nothing. All if I've seen was you increase my Metformin to 1000 mgs. which we never discussed and which I won't take, for my Blood sugar drops continually forcing me into headspins of which I cannot control, why? and what is the situation w/ my UCONN trip??? When am I going??? why? and

Futhermore, why Haven't I still not Been Tested for the Bloodclots in Both of my legs???

And what ever Became of the diabetic stockings? You Raised my water pill, yet w/all the swelling you found in my legs from water Retention, I've yet to Recieve any of the diabetic stockings and it's almost Been a month. Why?

Lastly, what about the severe cramping & pains in my feet???

CC. Handwritten (verbatim)

Inmate signature: [signature]　　　Date: 4/13/13

For all remedies except health services, deposit this form in the Administrative Remedies box.
For a health services issue, deposit this form in the Health Services box.

**SECTION 5**　　DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 4/24/13　　IGP #:　　　T#:

Disposition: Returned without disposition　Date of Disposition:

Reason:
Request for Health Service Review should be filed on CN 9602 in compliance with instructions and in accordance with CT DOC AD 8.9 and UCHC/CMHC policy 11.01

☐ You have exhausted DOC's Administrative Remedies.　☐ This matter may be appealed to:

Signature: [signature] LBN　　　Date: 4/24/13

*PLAINTIFFS ATTACHMENT*

M

# 22 8618

## DANBURY HOSPITAL
A Higher Level of Care

| | | | |
|---|---|---|---|
| Patient Last Name: | GASKIN | Patient First Name: | CHRISTOPHER |
| MRN: | 0924651 | Pt Account #: | 9246510001 |
| DOB: | 12/15/1975 | Age: | 35Y |
| Admit Date/Time: | 6/17/2011 12:36:00 PM | Sex: | Male |
| Diagnosis: | | | |
| Allergies: | NKDA | | |

| | | | |
|---|---|---|---|
| Post Hospital Agency: | | | |
| Contact and Phone: | | | |
| Diagnosis: | Atypical Chest Pain | | |
| Primary Physician: | Unknown Doctor | Attending Physician: | Jurgen Holleck, MD |
| Hospitalist: | Dr. Spyros Smith | Hospitalist: | |
| Specialist: | | Specialist: | |
| Where To? | ☑ Home | | ☐ Skilled Nursing |
| | ☐ VNA | Other: | |

**Activity**          Return to Usual Activity

Restrictions/Limitations: as tolerated.
Comments:

**Diet**          Low Salt 2 gm Diet; Low Fat-Low Cholesterol Diet; ADA 1800 Cal

Other:

**Equipment/Supplies**          None

Name and Number of
Durable Equipment
Company:
**General Comment**

RAYMOND

## Special Instructions

Smoking:If you smoke or use tobacco now or in the past, you are strongly advised to avoid tobacco in
any form. Tobacco is detrimental to your health. Danbury Hospital offers smoking cessation
counseling through the "Quit Now" smoking cessation program.
For more information on the "Quit Now" program please call 739-6161.

**Influenza Vaccine: (Oct-Mar)**

☐ Influenza          Date Given:

Reason for not giving: Outpatient / OBV

**If you have not recieved
your Influenza or
Pneumococcal vaccine**

# DANBURY HOSPITAL
### A Higher Level of Care

| | | | |
|---|---|---|---|
| Patient Last Name: | GASKIN | Patient First Name: | CHRISTOPHER |
| MRN: | 0924651 | Pt Account #: | 9246510001 |
| DOB: | 12/15/1975 | Age: | 35Y |
| Admit Date/Time: | 6/17/2011 12:36:00 PM | Sex: | Male |
| Diagnosis: | | | |
| Allergies: | NKDA | | |

---

**Pneumococcal Vacine:**                                          **contact your primary care**

Year Only                                                     **physician.**

☐ Pneumonia                     Date Given:

Reason for not giving: Outpatient / OBV

---

**Patient has recieved medication instructions and understands which pre-hospital medications to take and the new medications prescribed upon this discharge.**

**Food and Drug interaction booklet was reviewed and given to the patient.**

Contact your Primary Care        Within:                                  Days.
Physician or:

Call your Primary Care
Physician or:

                    If

Call Physician:                                 Phone #:

---

**Follow up Appointments:**

| | | |
|---|---|---|
| Physician: | Correctional Facility | Appointment Timing: as needed. |
| Phone: | | |
| | | |
| Physician: | Margaret P. Bond, M.D. (Cardiologist) | Appointment Timing: in 1 week |
| Phone: | (203) 739-7155 | |
| | | |
| Physician: | | Appointment Timing: |
| Phone: | | |
| | | |
| Physician: | | Appointment Timing: |
| Phone: | | |

# DANBURY HOSPITAL
*A Higher Level of Care*

| | | | |
|---|---|---|---|
| Patient Last Name: | GASKIN | Patient First Name: | CHRISTOPHER |
| MRN: | 0924651 | Pt Account #: | 9246510002 |
| DOB: | 12/15/1975 | Age: | 35Y |
| Admit Date/Time: | 12/5/2011 5:43:00 PM | Sex: | Male |
| Diagnosis: | | | |
| Allergies: | NKDA | | |

| | | | |
|---|---|---|---|
| Post Hospital Agency: | | | |
| Contact and Phone: | | | |
| Diagnosis: | s/p assault, soft tissue swelling on face | | |
| Primary Physician: | Unknown Doctor | Attending Physician: | Royd Fukumoto, MD |
| Hospitalist: | | Hospitalist: | |
| Specialist: | | Specialist: | |
| Where To? | ☐ Home | | ☐ Skilled Nursing |
| | ☐ VNA | Other: | |

**Activity**  Return to Usual Activity

Restrictions/Limitations:

Comments:

**Diet**  Regular Diet

Other:

**Equipment/Supplies**  None

Name and Number of
Durable Equipment
Company:

**General Comment**  return to ED or call doctor's office in case of fever, chills, nausea, vomiting, dizziness, weakness, intractable headaches

**Special Instructions**

**Smoking:If you smoke or use tobacco now or in the past, you are strongly advised to avoid tobacco in any form. Tobacco is detrimental to your health. Danbury Hospital offers smoking cessation counseling through the "Quit Now" smoking cessation program.**
**For more information on the "Quit Now" program please call 739-6161.**

**Influenza Vaccine: (Oct-Mar)**

☐ Influenza  Date Given:

Reason for not giving: None

**If you have not recieved your Influenza or Pneumococcal vaccine**

# DANBURY HOSPITAL
### A Higher Level of Care

| | | | | |
|---|---|---|---|---|
| Patient Last Name: | GASKIN | | Patient First Name: | CHRISTOPHER |
| MRN: | 0924651 | | Pt Account #: | 9246510002 |
| DOB: | 12/15/1975 | | Age: | 35Y |
| Admit Date/Time: | 12/5/2011 5:43:00 PM | | Sex: | Male |
| Diagnosis: | | | | |
| Allergies: | NKDA | | | |

---

**Pneumococcal Vacine:**

Year Only

contact your primary care<br>physician.

☐ Pneumonia                    Date Given:

Reason for not giving: None

---

**Patient has recieved medication instructions and understands which pre-hospital medications to take and the new medications prescribed upon this discharge.**

**Food and Drug interaction booklet was reviewed and given to the patient.**

---

Contact your Primary Care           Within:                    Days.
Physician or:

Call your Primary Care
Physician or:
                                    If

Call Physician:                              Phone #:

---

**Follow up Appointments:**
Please Call to Schedule

| | | |
|---|---|---|
| Physician: | Dr. Fukumoto | Appointment Timing: 1 - 2 weeks |
| Phone: | 2037397131 | |
| Physician: | | Appointment Timing: |
| Phone: | | |
| Physician: | | Appointment Timing: |
| Phone: | | |
| Physician: | | Appointment Timing: |
| Phone: | | |

---

# DANBURY HOSPITAL
*A Higher Level of Care*

| | | | |
|---|---|---|---|
| Patient Last Name: | GASKIN | Patient First Name: | CHRISTOPHER |
| MRN: | 0924651 | Pt Account #: | 9246510002 |
| DOB: | 12/15/1975 | Age: | 35Y |
| Admit Date/Time: | 12/5/2011 5:43:00 PM | Sex: | Male |
| Diagnosis: | | | |
| Allergies: | NKDA | | |

## Follow up Testing:

Name and Test Date: Place:

Phone:

Name and Test Date: Place:

Phone:

Name and Test Date: Place:

Phone:

## Contingency Plan for Change in Patient Condition

**(Electronic Signatures)**

Completed by Physician: Emilia Krol, MD          Date:

Attending Physician Co-Signature (if appropriate):          Date:

Completed By RN: Jeanette Schultz, RN          Date:

Completed By CRM:          Date:

**In the event we need to contact you.**          Home #:          Mobile #:

**Phone Number Where Patient Can Be Reached:**

I have read the discharge instructions and understand my plan of care.

**Patient's Name:**          **Date/Time:**

## Discharge Medication List



**DANBURY HOSPITAL**
*A Higher Level of Care*

| | | | |
|---|---|---|---|
| Last Name: | GASKIN | MRN: | 0924651 |
| First Name: | CHRISTOPHER | Pt Account#: | 9246510001 |

Electronic Signature

| | | | |
|---|---|---|---|
| Physician Signature: | Tabor Dizon PA-C | Date: | 06/18/2011 |
| Attending Physician Cosign(if appropriate) | Dr. Spyros Smith | Date: | 06/18/2011 |

If you have any questions regarding your medications contact your primary care physician.
**Only take the medications below**

### Selected
**Med.**          **Medication**                                                      **Comment/Last Dose Taken**

☑  atenolol 50 milligram twice a day By Mouth          given today 6/18/2011 at 0900

☑  glucophage 500 milligram twice a day By Mouth

☑  hctz 50 milligram once a day By Mouth          given today 6/18/2011 at 0900

☑  lisinopril 40 milligram once a day By Mouth          given today 6/18/2011 at 0900

☑  prilosec 20 milligram twice a day By Mouth

☑  regular insulin as prescribed by PCP



\* PLAINTIFFS ATTACHMENT \*
0

* PLAINTIFFS ATTACHMENT *

P

# University of Connecticut Health Center

## CORRECTIONAL MANAGED HEALTH CARE

### UR Request Response

Generated on 4/26/2013 11:41:44 AM

The Utilization Review Committee (URC) reviewed the following case:

**Date of Review:** 4/18/2013 10:52:44 AM

**Name:** GASKIN,CHRISTOPHER   **DOB:** 12/15/1975   **TOO#:** T00355100

**Inmate Number:** 00228618

**Request Date:** 4/8/2013 4:27:29 PM   **UR Request#:** 113656

**Current Facility:** CORR/RAD CC

**Initial Diagnosis:** Pain - headache   **Updated Diagnosis:** Pain - headache

**Current Diagnosis:** Pain - headache

**Requested Procedure:** Imaging Test - CT Scan - Head   **Updated Procedure:** Imaging Test - CT Scan - Head

**Approved Procedure:**

**Requested Specialty:** Radiology/Diagnostic Imaging   **Updated Specialty:** Radiology/Diagnostic Imaging

**Approved Specialty:**

**Summary For Consultant:**

36 yo BM who sustained closed head injury in 12/2011 complains of continued head pain in the area where he impacted floor causing LOC. He states that no scan was possible at time of injury because of his weight >300 lbs. He has been seen by me more than once with same c/o locallized HA.
PE: A&O, nl speech, nl vision, nl gait.
Fundi benign, with visible venous pulsations. Scalp is tender in L occipital area, but without evidence of trauma or infection. Neck supple.

Current weight 334 lbs.

CT is reasonable to r/o chronic SDH, and to allay anxiety of pt.  Is body weight as problem for JDH scanner table?;

**Utilization Review Determination and Recommendations:**

Review by Panel/MD.

Patient is overweight and does need to try to lose weight and continue conservative pain management as there is no signs of any neurological deficits.  Doubtful that SDH exists given head injury occurred in 2011.

**Review Disposition:** Not Approved

---

URC Decision to be Reviewed by Facility MD and Discussed with Inmate Before Filling.

Clinician Signature: _____   Date/Time: 4/26/13

Inmate Signature: _____   Date/Time: 4/26/13



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 2/16/12

Facility/Unit: CORRIGAN COUNTY CORR. F. POD 206    Date: 6·23·13

Inmate name: Christopher Gaskin    Inmate number: 228618

| SECTION 1 | SELECT ADMINISTRATIVE REMEDY A, B or C BELOW. |
|---|---|

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☑ **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response <u>OR</u> state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.    >    Refer to Section 2 below

**B.** ☐ **I am requesting a Health Services Review:** ☒ Diagnosis/Treatment    >
☒ All Other Health Care Issues    >    Complete Section 4    >>>>

**C.** ☐ **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action    >    Complete Section 3 below

| | | |
|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > |
| ☐ Security Risk Group Designation | ☐ ADA Decision | >  Complete Section 4  >>>> |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > |
| | ☐ Rejection of Correspondence | |

| SECTION 2 | OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| SECTION 3 | DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY |
|---|---|

You may file a Disciplinary Appeal <u>ONLY</u> if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

Did you have an advocate?    ☐ yes    ☐ no    If yes, name of advocate:

Did you identify witness(es) to the investigator?    ☐ yes    ☐ no    Did your witness(es) testify?    ☐ yes    ☐ no

Name(s) of any witness(es):

\* PLAINTIFFS ATTACHMENT \*

Q
↓

CC. PERSONAL File, Federal Court

| **CONFIDENTIAL** | Inmate name: CHRISTOPHER GASKIN | |
|---|---|---|
| (FOR OFFICIAL USE ONLY) | Inmate number: 228618 | Housing: I.206 |

STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. c/o Judy Refused MY DOCTORS APPOINTMENT, I did NOT. I've WRITTEN Numerous Requests CONCERNING The Very DARK BROWN Blood Filled MUCUS I Have Been Coughing up EVERY MORNING. My CHEST HURTS AND I CANNOT BREATHE deep W/OUT PAIN. For MONTHS I have Been COMPLAING of STOMACH PAINS AND COUGHING UP Blood ASKING TO Be Checked FOR STOMACH ULCERS, And WALKING BRONCHITIS. ALSO, I have Been COMPLAING of The Severe PAINS IN MY BACK AND Side TO No AVAIL. I would like TO Be Seen As SOON as Possible BY The doctor For I have Already seen sick Call and HAVE BEEN CHarged w/ MONEY deducted FROM MY ACCOUNT, YET NO TREATMENT, NO EXAMINATION, NOR DIAGNOSIS. Why? I would like This Remedied A.S.A.P. ALSO AS you INFORMED me, (Dr. gillig) my kidneys are Failing, And I AM ALSO SUFFERING FROM some Thing Called HYPERTHYROIDISM, However, I've yet TO receive ANYTHING For MY KIDNEYS. Why IS This? AM I BEING TARGETED? WHEN Will I Receive Adequate Medical TREAT-MENT?

| Inmate signature: | | Date: 6.23.13 |
|---|---|---|

For all remedies except health services, deposit this form in the **Administrative Remedies box.**
For a health services issue, deposit this form in the **Health Services box.**

DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 6.27.13 | IGP #: N/A | T#: |
|---|---|---|

Disposition: Return w/o disposition    Date of Disposition: N/A

Reason:  Please file requests for Health Service Reviews in accordance with UCHC/CMHC policy A11.01 and CT DOC AD 8.9

| ☐ You have exhausted DOC's Administrative Remedies. | ☐ This matter may be appealed to: | |
|---|---|---|
| Signature: _____ LPN | | Date: 6/27/13 |